C. A. 9th Cir. Certiorari denied. Reported below: 66 Fed. Appx. 747 (fourth judgment); 71 Fed. Appx. 675 (sixth judgment).

No. 03–5934. WILLIAMS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5935. SPEENER v. SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 03–5936. STANLEY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–5937. CORNETT, AKA DEAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5938. CORREA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5939. DEMORY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5941. CARRILLO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–5944. NUNEZ-OZUNA, AKA SANCHEZ-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5946. JENKINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5949. MUNOZ-PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5950. BUSOT-ALFONSO ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5955. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–5957. POLLARD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5958. MIRTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.